UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRESCENT BANK & TRUST, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H-17-3034 |
| Z AUTO PLACE, LLC, | § § § | |
| *Defendant*. | § | |

## ORDER

Pending before the court is a request for entry of default (Dkt. 7) filed by plaintiff Crescent Bank & Trust under Fed. R. Civ. P. 55(a). However, the court's procedures require that a party seeking a default judgment (1) file a motion for default judgment under Rule 55(b)(2); (2) follow Local Rule 5.5, which requires that the motion for default judgment be served on the defendant by certified mail, return receipt requested; and (3) comply with the Servicemembers Civil Relief Act. *See* Judge Miller's Procedures ¶ 6(E). Because plaintiff filed a request for clerk's entry of default under Rule 55(a) and not a motion for default judgment, the court STRIKES the request for failing to comply with the court's procedures.

A motion for default judgment shall be properly filed within twenty days of the date of this order.

Signed at Houston, Texas on January 4, 2018.

_____
Gray H. Miller
United States District Judge